UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRISCO LEAEA,

          Plaintiffs,

     v.

UNITED AIRLINES INC.,

          Defendants.

Case No. 18-cv-00749-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

MOTION TO DISMISS SHALL be filed by; May25, 2018;
    Opp. Due: June 8, 2018; Reply Due: June 15, 2018;
    and set for hearing no later than June 29, 2018 at 10:00 AM.

FURTHER CASE MANAGEMENT: October 3, 2018 at 3:00 PM.
Counsel **must** file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 1, 2019.

DESIGNATION OF EXPERTS: May 10, 2019; REBUTTAL: May 17, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: June 7, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; March 22, 2019;
    Opp. Due: April 5, 2019; Reply Due: April 12, 2019;
    and set for hearing no later than April 26, 2019 at 10:00 AM.

PRETRIAL CONFERENCE DATE: July 2, 2019 at 3:30 PM.

JURY TRIAL DATE: July 15, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

1  This case shall be referred to a magistrate-judge for purposes of settlement. The settlement

2  conference shall occur during the last two weeks of September 2018.

3

4  The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects

5  of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

6  **IT IS SO ORDERED**.

7

8  Dated:  5/14/18

9

10  SUSAN ILLSTON
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28